**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>ANTHONY SULLIVAN,<br><br>   Defendant. | Case No. 2:20-cr-00298-APG-EJY<br>Case No. 2:20-cr-00299-GMN-EJY<br><br>**ORDER TO CONSOLIDATE** |

  IT IS ORDERED that the above captioned cases be consolidated and combined under case number 2:20-cr-00299-GMN-EJY, before the Honorable Judge Gloria M. Navarro. This applies only to defendant Anthony Sullivan.

Dated this __1__ day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

_____
Andrew P. Gordon, District Judge
United States District Court