1  RUSSELL E. MARSH, ESQUIRE
   Nevada Bar No. 11198
2  SUNETHRA MURALIDHARA, ESQUIRE
   Nevada Bar No. 13549
3  WRIGHT MARSH & LEVY
   300 S. Fourth Street
4  Suite 701
   Las Vegas, NV 89101
5  Phone: (702) 382-4004
   Fax: (702) 382-4800
6  russ@wmllawlv.com
   smuralidhara@wmllawlv.com
7
   Attorneys for Anthony Sullivan
8

9                 UNITED STATES DISTRICT COURT

10                    DISTRICT OF NEVADA

11

12  UNITED STATES OF AMERICA,          )
                                       )   CASE NO. 2:20-CR-00298-GMN-EJY
         Plaintiff,                    )
13                                     )   CASE NO. 2:20-CR-00299-GMN-EJY
                                       )
14       vs.                           )
                                       )
15  ANTHONY SULLIVAN,                  )
                                       )
         Defendant.                    )
16                                     )

17

18            **STIPULATION TO CONTINUE SENTENCING HEARING**
                            **(Second Request)**

19       IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by

20  and through its attorney, CHRISTOPHER CHIOU, Acting United States Attorney, through

21  KIMBERLY ANNE SOKOLICH, Assistant United States Attorney; and Defendant ANTHONY

22  SULLIVAN, by and through his counsel, RUSSELL E. MARSH, ESQUIRE and SUNETHRA

23  MURALIDHARA, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently

24  scheduled for February 2, 2022, at 10:00 a.m. be vacated and set to a date and time convenient to this

25  Court, but no sooner than sixty (60) days from the current sentencing date.

26       This stipulation is entered into for the following reasons:

27       1.      The parties need additional time to prepare for Defendant Anthony Sullivan's

28  sentencing hearing.

1     2.     The parties agree to the continuance.  Mr. Sullivan is currently on pretrial release and

2  agrees to the continuance.

3     3.     Additionally, denial of this request for continuance could result in a miscarriage of

4  justice.

5     4.     The additional time requested by this Stipulation is made in good faith and not for

6  purposes of delay.

7     5.     This is the second request for a continuance of the sentencing hearing.

8     Dated this 3rd day of January, 2022.

9  Respectfully submitted:

10  WRIGHT MARSH & LEVY           CHRISTOPHER CHIOU
                                       ACTING UNITED STATES ATTORNEY

11

12  BY  /s/ Russell E. Marsh           BY  /s/Kimberly Anne Sokolich
       RUSSELL E. MARSH, ESQUIRE         KIMBERLY ANNE SOKOLICH

13     SUNETHRA MURALIDHARA          Assistant U.S. Attorney
       Attorneys for Anthony Sullivan

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     Plaintiff,     ) | CASE NO. 2:20-CR-00298-GMN-EJY |
|     ) | CASE NO. 2:20-CR-00299-GMN-EJY |
|     vs.     ) | |
| ANTHONY SULLIVAN,     ) | |
|     Defendant.     ) | |

Pursuant to the Stipulation of the Parties and for good cause appearing the sentencing hearing in this matter is hereby continued.  The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for February 2, 2022, at 10:00 a.m., be vacated and continued to  April 6          , 2022, at 10:00 a.m.

DATED: January 4, 2022

_____
GLORIA M. NAVARRO
United States District Judge

3